**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
***(PALM BEACH DIVISION)***
www.flsb.uscourts.gov

IN RE:                                          CASE NO. 18-16061-MAM
                                                CHAPTER 13
TABITHA BAKER,

Debtor.

_____/

```
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JUL 1 8 2022

FILED          RECEIVED
```

**SUGGESTION OF BANKRUPTCY AND ADDRESS FOR SERVICE OF PLEADINGS**

On February 11, 2019 ("Commencement Date"), Ditech Holding Corporation (f/k/a Walter Investment Management Corp. f/k/a Greentree Servicing, L.L.C.) ("Debtor") and its debtor affiliates, as debtors and debtors in possession, each commenced a voluntary case under Chapter 11 of title 11 of the United States Code (Case No. 19-10414) (Bankr. S.D.NY, February 11, 2019) ("Case"). On the Commencement Date Debtor was the owner and servicer of a debt secured by the real property located at 7097 Riverside Drive, Atlanta, Georgia, 30328. Debtor is a party in interest in this proceeding with a recorded security deed entitled to a service copy of the motion filed by the movant Bank of America, N.A (ECF 17-18) ("Movant"). The automatic stay created upon the filing of a bankruptcy petition does not require actual notice to be effective, nevertheless Movant was given actual notice and filed two notice of appearances in the Case. Movant never sought relief from the automatic stay in the Debtor's Case.

On March 15, 2019, this Court entered an order (ECF 24) granting Movant nunc pro tunc, prospective relief and in rem relief during the time automatic stay was in effect in the Case. Actions taken in violation of the stay are void and without any effect *(Borg-Warner Acceptance Corp. v. Hall, 685 F.2d 1306, 1308 (11th Cir. 1982).*

/s/Robert Guernsey
Party in interest
212 Oak Road
Beech Mountain, NC 28604

-1-

## CERTIFICATE OF SERVICE

On July 12, 2022 the above document was mailed to the U.S. Bankruptcy Court at the following address:

> US Bankruptcy Court
> Clerk of the Court
> 1515 North Flagler Drive, Suite 801
> West Palm Beach, FL 33401

All parties will be notified through the Court CM/ECF system.

/s/Robert Guernsey
Party in interest
212 Oak Road
Beech Mountain, NC 28604




ROBERT GUERNSEY
212 OAK ROAD
BEECH MOUNTAIN, NC 28604

US BANKRUPTCY COURT
CLERK OF THE COURT FILING DESK
1515 N. FLAGLER DRIVE
SUITE 801
WEST PALM BEACH, FL 33401