# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Bankruptcy Court Docket No. 18-16061-MAM**

**TABITHA BAKER,**
    **Plaintiff**

**v.**

**OKSANA SEPICH, et. al.**

    **Defendants**

    _____/

## ASTRID E. GABBE, ESQ'S UNOPPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR LEAVE TABITHA BAKER

Astrid E. Gabbe, Esq. and the Law Office of Astrid E. Gabbe P.A. ("Gabbe"), pursuant to Local Rule 7.1(F), file this Unopposed Motion For Leave to Withdraw as Counsel for Tabitha Baker (the "Motion"). In support of the Motion, Gabbe states as follows:

1. Gabbe seeks leave to withdraw because irreconcilable differences have arisen and undersigned counsel can no longer represent Ms. Baker.

2. This case was closed on February 6, 2020. [*See* Doc. 52].

3. Undersigned counsel has conferred with opposing counsel who consents to this withdrawal and Ms. Baker who did not respond.

4. Undersigned counsel asks that the Court give Ms. Baker 30 days to find new counsel or appear *pro se*.

5. Ms. Baker's current contact information is:

Tabitha Baker
446 Legend Oak Way SW
Huntsville, AL 35825
tabithabaker@yahoo.com
(404) 918-1358

**WHEREFORE**, for the reasons set forth above, Astrid E. Gabbe and the Law Office of Astrid E. Gabbe P.A. respectfully requests that the Court grant this Partially Unopposed Motion for Leave to Withdraw as Counsel for Tabitha Baker and provide at least 30 days for Ms. Baker to appear *pro se* or retain new counsel and such other relief as this Court deems appropriate.

August 8, 2022.

Respectfully submitted,

**Attorneys for Tabitha Baker**
**/s/ Astrid E. Gabbe**
Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 8th day of August, 2022.

**Attorneys for Tabitha Baker**

Astrid E. Gabbe
/s/ Astrid E. Gabbe
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427
astridgabbe@gmail.com

## SERVICE LIST

**Via CM/ECF/Email**

Laudy Luna, Esq.  Counsel of Record for Bank of America
Liebler, Gonzalez & Portuondo
ll@lgplaw.com

Tabitha Baker
tabithabaker@yahoo.com